# United States Court of Appeals
### For the Eighth Circuit

_____

No. 25-1028
_____

Scott Meyer

*Plaintiff - Appellant*

v.

Gayla Rahn, Olmsted County Court Clerk; Kim Pietrzak, Olmsted County Court
Clerk; Hans Holland; Olmsted County Court; John/Jane Doe

*Defendants - Appellees*
_____

Appeal from United States District Court
for the District of Minnesota
_____

Submitted: May 29, 2025
Filed: June 3, 2025
[Unpublished]
_____

Before BENTON, ERICKSON, and KOBES, Circuit Judges.
_____

PER CURIAM.

Minnesota resident Scott Meyer appeals following the district court's[1] dismissal of his civil rights action for failure to state a claim. After careful consideration of the record and the parties' arguments on appeal, we conclude the district court properly dismissed Meyer's claims. See Vigeant v. Meek, 953 F.3d 1022, 1024 (8th Cir. 2020) (dismissal for failure to state a claim is reviewed de novo). Accordingly, we affirm. See 8th Cir. R. 47B.

_____

[1]The Honorable Donovan W. Frank, United States District Judge for the District of Minnesota.